IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRUCO LIFE INSURANCE CO.,

    Plaintiff,

    vs.

MOHAMMAD H. AKHONDI, and
JOHN DOES ONE AND TWO,

    Defendants.

No. CIV S-02-2534 WBS EFB

ORDER

_____/

    Plaintiff's motion for entry of default judgment came on regularly for hearing on February 28, 2007. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

    On April 17, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed April 17, 2007, are adopted in full;

2. Plaintiff's application for entry of default judgment against defendant Mohammad H. Akhondi is granted;

3. Plaintiff is awarded a judgment declaring that policy number L4-006-183 is rescinded on the grounds of fraud, misrepresentation, and/or concealment of material facts;

4. Plaintiff is awarded its costs in the amount of $366.00;

5. The "doe defendants" are dismissed without prejudice; and

6. The Clerk is directed to close this case

DATED:  May 18, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2